No. 1:26-cr-00215-KES-EPG

FILED
Oct 29, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

RON COOK,

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1343 – Wire Fraud (Seven Counts); 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft (Two Counts); 18 U.S.C. § 1956(a)(1)(B)(i) – Concealment Money Laundering (Four Counts); 18 U.S.C. § 1957 (Spending Money Laundering) (Two Counts); 18 U.S.C. § 1014 (False Statement On Loan and Credit Application); 18 U.S.C. § 981(a)(1)(C), 982(a), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

/s/ *Foreman.*

*Filed in open court this* ______________ *day*

*of* ______________ *, A.D. 20* _____

*Clerk.*

*Bail, $* __ PLEASE ISSUE NO-BAIL WARRANT

Stanley A. Boone

GPO 863 525

AO 257
(CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☐ YES ☑ NO

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ■ INDICTMENT
☐ SUPERSEDING: CASE No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: FRESNO

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT – – U.S. vs.**

RON COOK

Address

Birth Date

(Optional unless a juvenile)

■ Male ☐ Female

☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI S.A., Cori Orr

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ■ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed

Mo. Day Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal

Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY**

Name and Office of Person Furnishing Information on THIS FORM: Chelsea Cogburn

■ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): CODY CHAPPLE

☐ This report amends AO 257 previously submitted

☑ **FORFEITURE ALLEGATION**

ADDITIONAL INFORMATION OR COMMENTS

Please issue no-bail warrant.

**United States v. Ron Cook**
**Penalties for Indictment**

**COUNTS 1-7:**

VIOLATION: 18 U.S.C. § 1343 - Wire Fraud

PENALTIES: 20 years in prison
$250,000 fine
Three years supervised release
$100 special assessment

**COUNTS 8-9:**

VIOLATION: 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

PENALTIES: Mandatory two years in prison, consecutive to other counts
$250,000 fine
One-year supervised release
$100 special assessment

**COUNTS 10-13:**

VIOLATION: 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering

PENALTIES: 20 years in prison
$250,000 fine
Three years supervised release
$100 special assessment

**COUNTS 14-15:**

VIOLATION: 18 USC § 1957 – Money Laundering

PENALTY: 10 years in prison
$250,000 fine
Three years supervised release
$100 special assessment

**COUNT 16:**

VIOLATION: 18 U.S.C. § 1014 – False Statement On Loan and Credit Application

PENALTY: 30 years in prison
$1,000,000 fine
Five years supervised release
$100 special assessment

**FORFEITURE ALLEGATION:**

As stated in the charging document.