ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Oct 29, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RON COOK,

Defendant.

CASE NO. 1:26-cr-00215-KES-EPG

MOTION AND ORDER TO SEAL INDICTMENT

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 29, 2026 charging the above defendant with violations of 18 U.S.C. § 1343 – Wire Fraud (Seven Counts); 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft (Two Counts); 18 U.S.C. § 1956(a)(1)(B)(i) – Concealment Money Laundering (Four Counts); 18 U.S.C. § 1957 (Spending Money Laundering) (Two Counts); 18 U.S.C. § 1014 (False Statement On Loan and Credit Application); 18 U.S.C. § 981(a)(1)(C), 982(a), and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order

that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Dated: October 29, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ *Cody Chapple*
CODY S. CHAPPLE
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: October 29, 2026

STANLEY A. BOONE
U.S. Magistrate Judge