ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RON COOK,<br><br>Defendant. | CASE NO. 1:26-CR-00215-KES-EPG<br><br>MOTION TO UNSEAL CASE; ORDER |

The government moves the Court to unseal the Indictment and all other filings in this case. The defendant has been arrested and will be making an initial appearance in this Court shortly. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: November 2, 2026

Very truly yours,

ERIC GRANT
United States Attorney

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

**ORDER**

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and all other filings in this case be unsealed.

IT IS SO ORDERED.

Dated: **November 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge